Ivey v Swan Group Ltd. Partnership
2026 NY Slip Op 03595
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

WILLIE M. IVEY, PLAINTIFF-RESPONDENT,
v
SWAN GROUP LIMITED PARTNERSHIP, DEFENDANT-APPELLANT-RESPONDENT AND CR1 CONTRACTING, LLC, DEFENDANT-RESPONDENT-APPELLANT. --------------------------------------------- SWAN GROUP LIMITED PARTNERSHIP, THIRD-PARTY PLAINTIFF-APPELLANT-RESPONDENT,
CR1 CONTRACTING, LLC, THIRD-PARTY DEFENDANT-RESPONDENT-APPELLANT, ET AL., THIRD-PARTY DEFENDANTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
518 CA 25-00538
Present: Lindley, J.P., Montour, Ogden, Nowak, And Delconte, JJ.

WOOD SMITH HENNING & BERMAN LLP, WHITE PLAINS (MEGHAN A. DIBBINI OF COUNSEL), FOR DEFENDANT-APPELLANT-RESPONDENT AND THIRD-PARTY PLAINTIFF-APPELLANT-RESPONDENT.
RUPP PFALZGRAF LLC, ROCHESTER (MATTHEW A. LENHARD OF COUNSEL), FOR DEFENDANT-RESPONDENT-APPELLANT AND THIRD-PARTY DEFENDANT-RESPONDENT-APPELLANT.
THE BARNES FIRM P.C., ROCHESTER (BRETT L. MANSKE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

Appeal and cross-appeal from an order of the Supreme Court, Monroe County (James A. Vazzana, J.), dated March 19, 2025. The order, among other things, denied in part the motions for summary judgment of defendant-third-party plaintiff and defendant-third-party defendant.
[*1]
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 5, 2026,
It is hereby ORDERED that said appeal and cross-appeal are unanimously dismissed without costs upon stipulation.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court